**Order entered August 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00259-CV

## IN THE INTEREST OF A.R.R., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

## ORDER

We **GRANT** in part appellant's August 4, 2016 motion for extension of time to file his

brief and **ORDER** appellant's brief filed no later than September 19, 2016.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE